IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E.M. [Initials used per Order]<br>[Address redacted per Order]<br>Washington, D.C. [Zip code redacted per Order],<br><br>    **Plaintiff,**<br><br>v.<br><br>**SHADY GROVE REPRODUCTIVE SCIENCE CENTER, P.C.**<br>2021 K Street, N.W., Suite 701<br>Washington, D.C. 20037,<br><br>    **Defendant.** | State Court Case<br>Civil Action No. 19-001371<br><br>Case No. _____ |

## DECLARATION OF PHILIP BEATSON
## IN SUPPORT OF NOTICE OF REMOVAL

  I, Philip Beatson, am over the age of 18 and am competent to testify as to the following matters:

  1.  I am the Chief Operating Officer of the Defendant Shady Grove Reproductive Science Center, P.C. ("SGRSC"), and this declaration is based upon my personal knowledge.

  2.  I have been performing the function of Chief Operating Officer of SGRSC for four years, and I am familiar with all of its operations.

  3.  My office is located at 9600 Blackwell Road, Rockville, Maryland, which is the corporate headquarters of SGRSC and all of its related entities (the "Rockville Headquarters").

  4.  SGRSC is incorporated in the state of Maryland.

  5.  SGRSC's principal place of business is in Rockville, Maryland.

  6.  The leadership of SGRSC is located in the Rockville Headquarters.

7. The officers and executives of SGRSC direct, control, and coordinate all activities in furtherance of the corporation's objectives from the Rockville Headquarters.

8. SGRSC's core executive, administrative, and legal functions are carried out from the Rockville Headquarters.

9. All billing functions are carried out from the Rockville Headquarters.


I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. This declaration was executed in Rockville, Maryland.

_____
Philip Beatson