IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **E.M.**  )<br>)<br>**Plaintiff**,  )<br>)<br>v.  )<br>)<br>**SHADY GROVE REPRODUCTIVE**  )<br>**SCIENCE CENTER, P.C.**  )<br>)<br>**Defendant**.  )<br>_____  ) | Case No. 1:19-cv-00657 RC |

## ORDER

THIS MATTER came before the Court on Defendant Shady Grove Reproductive Science Center's Motion to Dismiss Plaintiff's Complaint. After considering the Motion, Statement of Points and Authorities in Support thereof and attachments thereto, the Plaintiff's Opposition, argument of counsel, and the entire record in this case, it is this ___ day of _____, 2019, it is hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is hereby further

ORDERED, the Plaintiff E.M.'s Complaint be, and hereby is, DISMISSED.

_____
Judge Rudolph Contreras,
United States District Court for the District of Columbia

1

CC:

Lee E. Berlik
Jay M. McDannell, Of Counsel
BERLICKLAW, LLC
1818 Library Street, Suite 500
Reston, Virginia 20190
Tel: (703) 722-0588
Email: JMcDannel@Berliklaw.com
Counsel for Plaintiff

Lori Vaughn Ebersohl
Hannah Hutchison
APATOFF PETERS EBERSOHL, LLP
252 N. Washington Street
Falls Church, VA  22046
Telephone: (703) 534-4440
Email: lebersohl@apatoffpeters.com
Counsel for Defendant