UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| E.M. | : | | |
| | : | | |
|    Plaintiff, | : | Civil Action No.: | 19-00657 (RC) |
| | : | | |
| v. | : | Re Document No.: | 126 |
| | : | | |
| SHADY GROVE REPRODUCTIVE SCIENCE CENTER, P.C., | : | | |
| | : | | |
|    Defendant. | : | | |

## ORDER

Upon consideration of Plaintiff's Consent Motion to Stay (ECF No. 126), it is hereby **ORDERED** that the above-captioned case is referred to the Office of the Circuit Executive for the purpose of mediation pursuant to the District of Columbia Circuit Mediation Program. The parties are to contact the Circuit Executive's Office jointly to schedule the mediation. Counsel and parties, including persons with settlement authority, are to participate in the mediation. If the case settles in whole or in part by **January 23, 2024**, counsel shall advise the Court of the settlement promptly by filing a stipulation. It is further

**ORDERED** that the parties shall attend a status conference on **January 23, 2024** at 9:30AM by Zoom Video, to inform the Court of the status of the case; and

**ORDERED** that the Clerk of the Court shall furnish a copy of this Order to the Circuit Executive's Office for the purpose of assigning Robert Fisher, who has indicated that he is available to mediate the case, as a mediator.

**SO ORDERED**.

Dated: December 8, 2023                                                            RUDOLPH CONTRERAS
                                                                                           United States District Judge