AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

for the         District of         Columbia

E.M.

Plaintiff (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

V.

Shady Grove Reproductive Science Center, P.C.

Defendant (s),

**CASE NUMBER:** 1:19-cv-00657 (RC)

Notice is hereby given that, subject to approval by the court,  Shady Grove Reproductive Science Ctr. substitutes

(Party (s) Name)

Jeffrey M. Schwaber , State Bar No. 419681 as counsel of record in

(Name of New Attorney)

place of  Lori Vaughn Ebersohl and Apatoff Peters Ebersohl .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Stein Sperling Bennett DeJong Driscoll PC

Address:      1101 Wootton Parkway, Suite 700; Rockville, Maryland 20852

Telephone:      (301) 340-2020      Facsimile (301) 354-8110

E-Mail (Optional):      jschwaber@steinsperling.com

I consent to the above substitution.

Date:    12|15|2023

*Michael Levy President SGRSC*

(Signature of Party (s))

I consent to being substituted.

Date:    12/14/2023

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    12/15/2023

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____      _____

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**