UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| E.M., | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No. 1:19-cv-00657 (RC) |
| SHADY GROVE REPRODUCTIVE SCIENCE CENTER P.C., | : | |
|     Defendant. | : | |

JOINT STATUS REPORT

Plaintiff E.M., through counsel, and Defendant Shady Grove Reproductive Science Center P.C., through counsel, respectfully submit this joint status report.

This case currently is stayed to allow the parties to pursue the possibility of mediation. The parties both are in touch with the Office of the Chief Circuit Mediator about this, and, accordingly, respectfully jointly request that the next status hearing be continued. The next hearing currently is set for tomorrow, January 23, 2023, via zoom. We jointly request that it be reset for another day at the Court's convenience, starting next week but prior to February 12, 2024, to allow the parties to complete ongoing discussions regarding possible further mediation. (The Defendant's counsel starts a month-long jury trial on February 12.)

                                                        Respectfully submitted,

                                                        /s/ *Barry Coburn*
                                                        Barry Coburn (DC Bar. No. 358020)
                                                        Coburn & Greenbaum, PLLC
                                                        1710 Rhode Island Ave, NW
                                                        Second Floor
                                                        Washington, DC 20036
                                                        Tel: 202-643-9472
                                                         Fax: (866) 561-9712
                                                        barry@coburngreenbaum.com
                                                        *Counsel for Plaintiff*

/s/ Jeffrey M. Schwaber
Stein Sperling
1101 Wootton Parkway, Suite 700
Rockville, MD  20852
Tel:  301-838-3210
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this status report will be served upon all counsel of record via this Court's electronic filing service, this 22nd day of January, 2024.

/s/ Barry Coburn
_____
Barry Coburn