# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **E.M.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Civil Action No. 1:19-cv-00657 (RC)** |
| : | |
| **SHADY GROVE REPRODUCTIVE** : | |
| **SCIENCE CENTER P.C.,** : | |
| : | |
| **Defendant.** : | |

## PROPOSED PRETRIAL SCHEDULE

Plaintiff E.M., and Defendant Shady Grove Reproductive Science Center, P.C., through their respective undersigned counsel, in response to the Court's February 7, 2024 Minute Order, respectfully submit this proposed pretrial schedule.

At the status hearing on February 6, 2024, Plaintiff asked the Court to set a trial date while the parties engage in mediation. The Court noted that the next available trial date would likely be in 2025. The Court informed the parties that it has two criminal jury trials scheduled in the Summer 2024 and would consider scheduling this matter at the same time in the event the criminal matter resolved or the trial was continued. Plaintiff requests that the Court schedule this matter for trial at the same time as one of the criminal jury trials, with a backup trial date as soon as the Court's schedule allows**.** Defendant does not agree to Plaintiff's request for scheduling this trial to overlap with another of this Court's trials, given the inherent uncertainty, and substantial risk of added expense, in such an approach. Defendant's counsel already has other trials scheduled for the summer/late summer of this year.

20777236_1

Once the trial date is set by the Court, the parties propose the following pretrial deadlines:

- **Parties' Joint Pretrial Statement, including all information required by Local Rule 16.5(b); proposed *voir dire*; text of each proposed jury instruction; proposed verdict form; binder of the actual exhibits that the parties intend to use; and each party's schedule of witnesses: 90 days before trial**

- **Motions *in limine*: 75 days before trial; oppositions due 60 days before trial; and replies due 50 days before trial**

- **Demonstrative Exhibits: 30 days before trial**

- **Pretrial Conference: 10 days before trial**

Pending before the Court is Plaintiff's Motion for Leave to File First Amended Complaint, which is fully ripe.

The parties request that the Court set a status hearing the week of April 29-May 2, 2024.

Respectfully submitted,

| | |
|---|---|
| *Marc Eisenstein* | /s/ |
| _____ | _____ |
| Barry Coburn (DC Bar. No. 3580202) | Jeffrey Martin Schwaber |
| Marc Eisenstein (DC Bar No. 1007208) | Deanna L. Peters |
| Coburn & Greenbaum | STEIN SPERLING BENNETT |
| & Eisenstein PLLC | DE JONG DRISCOLL PC |
| 1710 Rhode Island Ave, NW | 1101 Wootton Parkway |
| 2nd Floor | Suite 700 |
| Washington, DC 20036 | Rockville, MD 20852 |
| Tel: 202-643-9472 | 301-838-3210 |
| Fax: (866) 561-9712 | jschwaber@steinsperling.com |
| Marc@coburngreenbaum.com | |
| barry@coburngreenbaum.com | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2024, a copy of the foregoing was filed with the Clerk of the Court and served on all counsel of record via ECF.

*Marc Eisenstein*
_____
Marc Eisenstein