UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **E.M.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 1:19-cv-00657 (RC) |
| : | |
| **SHADY GROVE REPRODUCTIVE** : | |
| **SCIENCE CENTER P.C.,** : | |
| : | |
| **Defendant.** : | |

## JOINT STATUS REPORT

Plaintiff E.M., and Defendant Shady Grove Reproductive Science Center, P.C., through their respective undersigned counsel, in response to the Court's April 10, 2024 Minute Order, respectfully submit this joint status report. The parties jointly take the position that Plaintiff's Complaint filed in *E.M. v. Shady Grove Reproductive Science Center*, P.C., 24-cv-956, does not moot Plaintiff's pending motion for leave to file amended complaint, ECF. Dkt. No. 119. The parties respectfully ask the Court to issue a ruling as to the pending motion.

Respectfully submitted,

/s/ *Barry Coburn*                                                                 /s/
_____                           _____
Barry Coburn (DC Bar. No. 3580202)                              Jeffrey Martin Schwaber
Marc Eisenstein (DC Bar No. 1007208)                          Deanna L. Peters
Coburn & Greenbaum                                                       STEIN SPERLING BENNETT
& Eisenstein PLLC                                                              DE JONG DRISCOLL PC
1710 Rhode Island Ave, NW                                            1101 Wootton Parkway
2nd Floor                                                                              Suite 700
Washington, DC 20036                                                      Rockville, MD 20852
Tel: 202-643-9472                                                              301-838-3210
Fax: (866) 561-9712                                                            jschwaber@steinsperling.com
Marc@coburngreenbaum.com
barry@coburngreenbaum.com                                         *Counsel for Defendants*
*Counsel for Plaintiff*

20777236_1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2024, a copy of the foregoing was filed with the Clerk of the Court and served on all counsel of record via ECF.

_____
Marc Eisenstein