UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E.M., : | |
| : | |
|     Plaintiff, : | |
| : | |
| v. : | Civil Action No. 1:19-cv-00657 (RC) |
| : | |
| SHADY GROVE REPRODUCTIVE : | |
| SCIENCE CENTER P.C., : | |
| : | |
|     Defendant. : | |

**REVISED JOINT STATUS REPORT**

Plaintiff E.M., and Defendant Shady Grove Reproductive Science Center, P.C., through their respective undersigned counsel, in response to the Court's April 10 and 26, 2024 Minute Orders, respectfully submit this joint status report. The Defendant takes the position that Plaintiff's Complaint filed in *E.M. v. Shady Grove Reproductive Science Center*, P.C., 24-cv-956, does not moot Plaintiff's pending motion for leave to file amended complaint, ECF. Dkt. No. 119. From the Plaintiff's perspective, for the reasons stated in Plaintiff's Unopposed Motion For Extension of Time (Dkt. No. 132), it would appear that, as a matter of law, the filing of the

second complaint, under a new case number (Case Number 24-cv-00956 (RC)), does moot Plaintiff's pending motion for leave to amend her complaint in the instant case.

Respectfully submitted,

| /s/ Barry Coburn | /s/ |
|---|---|
| Barry Coburn (DC Bar. No. 3580202) | Jeffrey Martin Schwaber |
| Marc Eisenstein (DC Bar No. 1007208) | Deanna L. Peters |
| Coburn & Greenbaum | STEIN SPERLING BENNETT |
| & Eisenstein PLLC | DE JONG DRISCOLL PC |
| 1710 Rhode Island Ave, NW | 1101 Wootton Parkway |
| 2nd Floor | Suite 700 |
| Washington, DC 20036 | Rockville, MD 20852 |
| Tel: 202-643-9472 | 301-838-3210 |
| Fax: (866) 561-9712 | jschwaber@steinsperling.com |
| Marc@coburngreenbaum.com | |
| barry@coburngreenbaum.com | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |

20777236_1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2024, a copy of the foregoing was filed with the Clerk of the Court and served on all counsel of record via ECF.

/s/ Barry Coburn

_____

Barry Coburn

20777236_1