**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

E.M.,                                                    :
                                                         :
     Plaintiff,                 :
                                                         :
     v.                         :       Civil Action No. 1:19-cv-00657 (RC)
                                                         :       The Honorable Rudolph Contreras
SHADY GROVE REPRODUCTIVE                                  :
SCIENCE CENTER P.C.,                                     :
                                                         :
     Defendant.                 :

## ORDER

Upon consideration of Defendant's Motion *in Limine* ("Motion"), any response thereto, and the record herein, it is this _____ day of _____, 2024, hereby

ORDERED, that Defendant's Motion *in Limine* be, and hereby is, GRANTED; and it is further

ORDERED, that Plaintiff, E.M., is precluded from introducing or attempting to introduce evidence at trial of previously undisclosed damages for treatment by subsequent providers after her treatment by Defendant; AND

ORDERED, that Plaintiff, E.M., is precluded from introducing or attempting to introduce evidence at trial of any purported "post filing conduct" of SGF, including but not limited to conduct relating to any requested egg transfers in 2021 and 2022; AND

ORDERED, that Plaintiff is precluded from referring to the existence of any such evidence in the presence of the jury.

_____
Rudolph Contreras,
United States District Judge

cc: All Counsel of Record

21143926_1