**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| E.M. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SHADY GROVE REPRODUCTIVE | ) Civil Action No: 19-657 |
| SCIENCE CENTER P.C. | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S OBJECTIONS TO**
**PLAINTIFF'S EXHIBIT LIST AND DEPOSITION DESIGNATIONS**

I.    Objections to Plaintiff's Exhibits (counsel previously exchanged objections)

Depending on the manner in which and the witness through whom Plaintiff introduces her trial exhibits, Defendant reserves the right to object to any of Plaintiff's trial exhibits on the basis that the exhibit is irrelevant and/or that its probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.  Defendant further reserves the right to object to any of Plaintiff's trial exhibits to the extent that their admission is inconsistent with this Court's October 21, 2020 Memorandum Opinion and Order and/or rulings made during trial.

| Exhibit No. | Date | Description | I.D. | Defendant's Objection(s) |
|---|---|---|---|---|
| 1 | 9/13/12-11/30/12 | EM Shady Grove Billing Summary | SGF3508-3509 | Foundation |
| 2 | 7/31/12 | SGF Article 2 Miscarriages = 1 Bad Day | | Foundation |
| 3 | 9/12/12 | SGF E.M. signed Financial Policy | SGF0500 | |
| 4 | 9/12/12 | SGF E.M. signed New Patient Form | SGF0333 | |
| 5 | 10/18/12 | SGF E.M. signed Consent Form for Egg Retrieval and Storage | SGF0489-499 | |

| 6 | 11/1/12 | SGF Fertility Preservation Egg Freezing Fee | EM_00035-37 | |
| 7 | 8/5/15 | SGF E.M. signed Financial Policy | SGF0521-522 | |
| 8 | 8/5/15 | SGF J.S. signed New Patient Intake Form | JS_00175 | |
| 9 | 8/5/15 | SGF E.M. and J.S. signed Privacy Policy | SGF0520 | |
| 10 | 8/5/15 | SGF J.S. signed New Patient Intake Form redacted | SGF0517 | |
| 11 | 9/15/15 | SGF Comprehensive Semen Analysis | JS_00148 | |
| 12 | 9/5/15 | SGF J.S. Medical Records | SGF0510-523 | |
| 13 | 10/13/15 | SGF E.M. and J.S. signed Genetic Disease Screening Consent | SGF-0486-487 | |
| 14 | 11/10/15 | SGF E.M. and J.S. signed Consent to ovulation, induction, monitoring and/or insemination treatment | SGF0484-485 | Foundation; compound document |
| 15 | 5/24/16 | SGF E.M. and J.S. signed Multi-Cycle Discount Program Info and Agreement | EM_02700-2707 | |
| 16 | 5/24/16 | SGF E.M. and J.S. signed Assisted Reproduction Signature Packet | EM_2675-2680 | |
| 17 | 6/4/16 | SGF E.M. and J.S. signed Consent for Anesthesia Form | SGF0387 | |
| 18 | 6/4/16 | SGF E.M. signed Oocyte Retrieval Form | EM_01809-1810 | |
| 19 | 9/25/16 | SGF E.M. and J.S. signed Consent for Anesthesia Form | SGF0372 | |
| 20 | 9/26/16 | SGF E.M and J.S. signed Consent to Change/Update Signature Packet | EM_02697-2699 | |
| 21 | 10/1/16 | SGF E.M and J.S. signed Embryo Disposition Form | SGF0404 | |
| 22 | 10/11/16 | Email from Kristal Lewis to E.M. re: Update | EM_00925-928 | |
| 23 | 3/10/17 | SGF E.M. signed Insurance Waiver | SGF0437 | |
| 24 | 4/25/17 | SGF March and April 2017 emails including attachment of SGF microdose protocol | SGF1958-1965 | |
| 25 | 5/11/17 and 5/14/17 | SGF E.M. Progress Notes | SGF0081 | |
| 26 | 5/11/17 | SGF E.M. and J.S. signed Multi-Cycle Discount Program Info and Agreement | EM_02305-2313 | |
| 27 | 5/11/17 | SGF E.M. and J.S.  signed Assisted Reproduction signature packet | EM_02714-2719 | |
| 28 | 8/4/17 | SGF Invoice | EM_03303 | |

| 29 | 10/5/17 | SGF E.M and J.S. signed Embryo Disposition Form | SGF0403 | |
| 30 | 11/20/17 | E.M. FertCheck | | |
| 31 | 10/5/17 | SGF E.M. signed Embryo Transfer Discharge Instructions | SGF0348 | |
| 32 | 5/3/18 | SGF Emails re:Directed Sperm Donors Quarantine Policy | SGF2230-2232 | Foundation; relevance; Rule 403 |
| 33 | 7/3/18 | SGF email re Protocol for known sperm donors | SGF1389 | Foundation; relevance; Rule 403 |
| 34 | 11/4/18 | SGF email re IUI informed consent | SGF5678-5680 | Foundation; relevance; Rule 403 |
| 35 | 5/14/17 | SGF Rockville E.M. bloodwork | SGF0276-277 | |
| 36 | January 2019 | Ex 36 EM JS Text messages and emails | EM_04228-04229 | |
| 37 | 1/4/19 | SGF Use of known sperm donor guidelines | SGF1093-1095 | |
| 38 | 1/14/19-2/23/19 | Email string re: 4087166 E.M. | SGF4509-4520 | |
| 39 | 3/5/19 | SGF JS Invoice | JS_00181 | |
| 40 | 3/5/19 | SGF E.M. February 2019 Invoice | SGF0502-503 | |
| 41 | | SGF E.M. Full Medical Records | SGF0038-136 | |
| 42 | 4/5/19 | Voicemail to J.S. from SGF (audio file) | | |
| 43 | 6/4/19 | Transcript of Robin Peterson deposition | | Objection to admission into evidence of the entirety of deposition transcript (any designations timely identified may be read into record); relevance; Rule 403 |
| 44 | 6/5/19 | Transcript of James Graham deposition | | Objection to admission into evidence of the entirety of deposition transcript (any designations |

21128646_1

| | | | | |
|---|---|---|---|---|
| | | | | timely identified may be read into record); relevance; Rule 403 |
| 45 | 6/5/19 | Transcript of Sarah Crisp deposition | | Objection to admission into evidence of the entirety of deposition transcript (any designations timely identified may be read into record); relevance; Rule 403 |
| 46 | 7/11/19 | Transcript of J.S. deposition | | Hearsay and improper use of deposition; objection to admission into evidence of the entirety of deposition transcript (any designations timely identified may be read into record); relevance; Rule 403 |
| 47 | 7/18/19 | Transcript of E.M. deposition | | Hearsay and improper use of deposition; objection to admission into evidence of the entirety of deposition transcript (any designations timely |

4

| | | | | |
|---|---|---|---|---|
| | | | | identified may be read into record); relevance; Rule 403 |
| 48 | 5.28.19 | E.M. Response to Defendant's First Set of Interrogatories | | Hearsay; relevance; Rule 403 |
| 49 | 4/5/19 | Voicemail to J.S. from SGF (image) | | |
| 50 | 8/7/19 | Transcript of Michael J. Tucker, MD deposition | | Objection to admission into evidence of the entirety of deposition transcript (any designations timely identified may be read into record); relevance; Rule 403 |
| 51 | 8/15/19 | SGF's response to EM's Request for Admissions | | Relevance; foundation; Rule 403 |
| 52 | 8/16/19 | Dr. James M. Wheeler Report with Exhibits | | Hearsay; relevance; Rule 403 |
| 53 | 8/16/19 | SGF's Responses to EM's 2nd set of interrogatories | | Relevance; foundation; Rule 403 |
| 54 | 8/28/19 | Transcript of Vicki Gerber deposition | | Objection to admission into evidence of the entirety of deposition transcript (any designations timely identified may be read into record); relevance; Rule 403 |

| 55 | 8/30/19 | Transcript of Barbara Osborn deposition | | Objection to admission into evidence of the entirety of deposition transcript (any designations timely identified may be read into record); relevance; Rule 403 |
|---|---|---|---|---|
| 56 | 9/5/19 | Transcript of Eric A. Widra deposition | | Objection to admission into evidence of the entirety of deposition transcript (any designations timely identified may be read into record); relevance; Rule 403 |
| 57 | 9/9/19 | Transcript of James Wheeler deposition | | Hearsay and improper use of deposition; objection to admission into evidence of the entirety of deposition transcript (any designations timely identified may be read into record); relevance; Rule 403 |
| 58 | 9/11/19 | EM's responses to SGF's Third set of interrogatories | | Hearsay; relevance; Rule 403 |

6

| 59 | 9/19/19 | Transcript of Michele Purcell deposition | | Objection to admission into evidence of the entirety of deposition transcript (any designations timely identified may be read into record) |
|---|---|---|---|---|
| 60 | 9/19/19 | Transcript of Michael Tucker deposition | | Objection to admission into evidence of the entirety of deposition transcript (any designations timely identified may be read into record); relevance; Rule 403 |
| 61 | 9/26/19 | Transcript of Kimball Pomeroy deposition | | Hearsay and improper use of deposition; objection to admission into evidence of the entirety of deposition transcript (any designations timely identified may be read into record); relevance; Rule 403 |
| 62 | 9/29/17 | SGF E.M. and J.S. signed Consent for Anesthesia Form | SGF0359 | |
| 63 | 10/4/19 | Transcript of Vicki Gerber deposition | | Objection to admission into evidence of the entirety of |

21128646_1

| | | | | |
|---|---|---|---|---|
| | | | | deposition transcript (any designations timely identified may be read into record); relevance; Rule 403 |
| 64 | 10/4/19 | Transcript of Eric Widra deposition | | Objection to admission into evidence of the entirety of deposition transcript (any designations timely identified may be read into record); relevance; Rule 403 |
| 65 | 12/9/19 | SGF Statement of undisputed material facts | | Foundation; relevance; Rule 403 |
| 66 | 12/9/19 | Declaration of Gilbert Mottla in support of MSJ | | |
| 67 | 1/23/20 | Barbara Osborn D.C. Medical License | | Foundation; relevance; Rule 403; not produced in discovery[1] |
| 68 | | DC DMV Change of Address website | | Foundation; relevance; Rule 403; not produced in discovery |
| 69 | 1/23/20 | EM Declaration in opposition to SGF MSJ | | Hearsay; relevance; Rule 403 |

---

[1] Undersigned counsel asked Plaintiff's counsel to identify where in discovery trial exhibits that do not have associated bates numbers were produced.  On August 6, 2024, Plaintiff's counsel stated "I do not believe the documents without bates numbers were produced in discovery." Accordingly, Defendant objects to those trial exhibits listed herein without bates numbers.

21128646_1

| 70 | 3/5/19 | SGF E.M. Billing Summary | SGF0504-509 | Foundation; relevance |
| 71 | | Transcript of E.M., J.S., and Osborn Phone Call | | Rule 1002; Rule 403 |
| 72 | 3/22/19 | SGF Donor Program Policy Manual | SGF2191-2222 | Foundation; relevance |
| 73 | | SGF Quarantine Waiver for Recipient of Known Sperm Donor | SGF2529-2534 | Foundation; relevance |
| 74 | | SGF Psychological Support Team | | Foundation; relevance; not produced in discovery |
| 75 | | SGF Washington DC- K St Information | | Foundation; relevance; not produced in discovery |
| 76 | | SGF Washington DC- Sibley Information | | Foundation; relevance; not produced in discovery |
| 77 | | SGF Locations Information | | Foundation; relevance; not produced in discovery |
| 78 | | SGF Largest Egg Freezing Study Predicts Probability of Having Children | EM_04538-4539 | Foundation; relevance; Rule 403 |
| 79 | 11/16/18 | SGF Donor Sperm 11.16.18 Update | SGF5806-5808 | |
| 80 | 4/12/19 | SGF Donor Sperm 4.12.19 Update | SGF5780-5782 | Foundation; relevance; Rule 403; Rule 407 |
| 81 | 8/1/19 | SGF Donor Sperm 8.1.19 Update | SGF5786-5791 | Foundation; relevance; Rule 403; Rule 407 |
| 82 | | SGF Consent Signing Instruction Sheet | SGF3391 | |
| 83 | | SGF Accepted insurances | | Foundation; relevance; not produced in discovery |
| 84 | | SGF Call Notes | | Hearsay |
| 85 | 12/9/13 | 12.9.13 Clinical Meeting Minutes | SGF2352-2354 | Foundation; relevance |

9

| 86 | December 2013 | December 2013 Access to Fertility Treatment Ethics Opinion | SGF1131-1134 | Hearsay; foundation; relevance |
|---|---|---|---|---|
| 87 | | SGF Shared Help Discount Program | | Duplicate of PX 88 |
| 88 | 12/15/16 | SGF Shared Help Discount Program | SGF5619-5620 | |
| 89 | | SGF Consent to Thaw, Inseminate, Transfer Previously Cryopreserved Oocytes | SGF1020-1032 | |
| 90 | | SGF Patient Bill of Rights | SGF1124 | |
| 91 | January 2015 | SGF IVF Program Guide | EM_03007-03040 | Relevance; foundation; Rule 403 |
| 92 | | SGF The Perfect Patient | EM_03535-3537 | Relevance; foundation; Rule 403 |
| 93 | | SGF Working with your Medical Team- Tips on Changing from the Difficult Patient to the Perfect Patient | EM_03550-3553 | Relevance; foundation; Rule 403 |
| 94 | | SGF The IVF Race: Maps and Terrain | EM_04772 | Relevance; foundation; Rule 403 |
| 95 | | SGF Service Commitment | EM_04699-4700 | Relevance; foundation; Rule 403 |
| 96 | May 2007 | SGF Preparing for IVF: Emotional Considerations | SGF2262-2265 | Relevance; foundation; Rule 403 |
| 97 | | SGF Center for Fertility Preservation | EM_02439-2440 | Relevance; foundation; Rule 403 |
| 98 | | Egg Freezing at Shady Grove Fertility | EM_04606-4606 | Relevance; foundation; Rule 403 |
| 99 | | DC Public Accommodations | | Relevance; foundation; Rule 403 |
| 100 | | SGF Financial Programs and Options | EM_02637-2638 | Relevance; foundation |
| 101 | | SGF Consent to Accept Donated Sperm from Directed/Known Donor | SGF2443-2449 | Relevance; foundation; Rule 403 |

| 102 |  | AMA Opinions on Patient-Physician Relationships | EM_04040-4054 | Relevance; foundation; Rule 403 |
|---|---|---|---|---|
| 103 | 8/25/18 | SGF The Value of a Second Opinion | EM_04786-4789 | Relevance; foundation; Rule 403 |
| 104 | 9/3/19 | SGF The IVF Race: The Plan | EM_04773 | Relevance; foundation; Rule 403 |
| 105 | 2/15/16 | SGF Delivers Truly Personalized Fertility Care | EM_04661-4664 | Relevance; foundation; Rule 403 |
| 106 | 12/15/16 | SGF Shared Help Discount Program Webpage | SGF5619-5620 |  |
| 107 |  | SGF Egg Thaw Consent Form unsigned | EM_02755-2766 |  |
| 108 |  | SGF Donor Sperm Webpage | EM_04344-4349 | Foundation; relevance; Rule 403; Rule 407 |
| 109 |  | SGF Egg Freezing Webpage | EM_04754-4763 | Relevance; foundation; Rule 403 |
| 110 |  | SGF Guidelines for Psychological Services | SGF1120-1123 |  |
| 111 |  | Documentation Needed for Couples in Process of Divorce | SGF1125 | Relevance; foundation; Rule 403 |
| 112 |  | SGF Legal Documentation Needed for Couples in Process of Divorce and Desiring of Treatment with New Partner | SGF1126 | Relevance; foundation; Rule 403 |
| 113 | February 2018 | SGF Information Packet for Use of Donor Sperm | SGF1096-1108 |  |
| 114 |  | SGF Leadership webpage | EM_04720-4723 | Relevance; foundation; Rule 403 |
| 115 |  | SGF Experience Webpage | EM_04503-4504 | Relevance; foundation; Rule 403 |
| 116 |  | SGF Shared Help Eligibility Requirements and Application | EM_02427-2433 |  |
| 117 | 1/14/19-1/23/19 | SGF Email String 1/14/19-1/23/19 | SGF1535-1545 |  |
| 118 | 1/22/19 | Letter from Vicki Gerber to E.M. and J.S. | SGF1038-1041 |  |

| 119 | | SGF List of Patients terminating relationship with SGF | SGF6362 | Relevance; foundation; Rule 403; Rule 404 |
|---|---|---|---|---|
| 120 | 1/7/19 | Letter to Patient 1 terminating relationship with SGF | SGF3633 | Relevance; foundation; Rule 403; Rule 404 |
| 121 | 5/2/13 | Letter to Patient 10 terminating relationship with SGF | | Relevance; foundation; Rule 403; Rule 404 |
| 122 | 11/4/16-11/7/16 | Email string re: 4087166 E. M. | SGF5264-5266 | |
| 123 | January 2011 | SGF Patient Bill of Rights | SGF1046 | |
| 124 | 3/22/19 | Declaration of James Graham in Support of Defendant's Opposition to Motion for Prelminary Injunction | | |
| 125 | | SGF Standard Operating Procedure | SGF1170-1175 | Relevance; foundation; Rule 403 |
| 126 | January 2019 | SGFC- Art Lab- Cryo Storage Quality Control | | Relevance; foundation; Rule 403 |
| 127 | 3/4/16 | SGF Confirmation of Embryos Transferred Out of SGFC-RV | SGF2834-2851 | Relevance; foundation; Rule 403 |
| 128 | 1/4/19 | SGF Cryo Specimen Receipt and Log in Protocol | SGF1116-1118 | Relevance; foundation; Rule 403 |
| 129 | 10/29/16 | SGF IVF Laboratory Vitrification Worksheet | SGF0959 | |
| 130 | | E.M. Patient Portal | SGF0406 | |
| 131 | 2010-2013 | Donor Sperm Freeze dates and Thawed/Shipped dates | SGF3511-3512 | Relevance; foundation; Rule 403 |
| 132 | | Frozen Date and Thaw/Shipped Date Chart | SGF2535 | Relevance; foundation; Rule 403 |
| 133 | 10/5/18 | SGF Incident Report | SGF3386-3390 | Relevance; foundation; Rule 403; Rule 404 |

12

| 134 | January 2019 | Request for Release of Cryopreserved Specimen from SGF | EM_03820-3821 | |
| 135 | | Network Stats by Thaw Date | SGF1092 | Relevance; foundation; Rule 403; Rule 404 |
| 136 | 4/8/16 | Clinical Meeting: Egg Freezing Update | SGF2331-2339 | Relevance; foundation; Rule 403; Rule 404 |
| 137 | 3/19/15 | Why Egg Freezing is an Impossible Choice | | Hearsay; relevance; foundation; Rule 403 |
| 138 | 2/15/19 | Vicki Gerber Letter to E.M. and J.S. | SGF1042-1045 | |
| 139 | 12/5/16 | Clinical Meeting Minutes | SGF2346 | Relevance; foundation; Rule 403 |
| 140 | 12/7/15 | Clinical Meeting Minutes | SGF2350-2351 | Relevance; foundation; Rule 403 |
| 141 | 6/4/18 | Clinical Meeting Minutes | SGF2368-2369 | Relevance; foundation; Rule 403 |
| 142 | January 2013 | Recommendations for Gamete and Embryo Donation: A Committee Opinion | SGF1153-1169 | Hearsay; relevance; foundation; Rule 403 |
| 143 | | Request for Release of Oocytes from SGF | | |
| 144 | 8/18/16 | Historical Review: Deb USA Network | SGF2335-2339 | Hearsay; relevance; foundation; Rule 403 |
| 145 | | SGF Egg Freezing Program | | Foundation; relevance; Rule 403; not produced in discovery |
| 146 | 10/24/14 | SGF Q & A: Fertility Preservation for Oncology Patients | | Foundation; relevance; Rule 403; not produced in discovery |

13

| 147 | 3/27/19 | SGF Donor Sperm 3.27.19 Update | | Foundation; authenticity; relevance; Rule 403; not produced in discovery |
|---|---|---|---|---|
| 148 | 5/21/19 | SGF 5 Ways Technology Continues to Improve Pregnancy Rates and Advance Reproductive Medicine | SGF4632-4634 | Relevance; foundation; Rule 403 |
| 149 | 1/18/19 | Email from Barbara Osborn to Karlya Bain re: Just a reminder. Please call E. M. if you haven't already. | SGF5191 | |
| 150 | 7/1/10-7/15/11 | Integramed America Inc. Policies and Standard Procedures | SGF2641-2643 | |
| 151 | 10/16/16 | Email from Barbara Osborn to Gilber Mottla re: 4087166 E. M. | SGF1896-1897 | |
| 152 | 1/15/19 | SGF E.M. and J.S. Patient Portal Notes | | |
| 153 | 11/27/18 | Email from Chloe Delaney to Robin Peterson re: 4087166 | SGF1757 | |
| 154 | 8/10/17 | Email from Robin Peterson to Karen Calabrese re: 4087166 E.M. | SGF1834 | |
| 155 | 3/27/19 | Declaration of Barbara H. Osborn, M.D. in Support of Defendant's Opposition to Motion for Preliminary Injunction | | |
| 156 | February 2016 | Clinical Operations Department Staff Orientation Checklist | SGF3449 | Relevance; foundation |
| 157 | | IntegraMed Acknowledgement of HIPAA Privacy Training and HIPAA Code of Conduct Agreement for IntegraMed America Network Employees | EM_03452-3454 | Relevance; foundation |
| 158 | 6/28/17 | Email from Robin Peterson to Karen Calabrese re: 4087166 E.M. | SGF1838--1840 | |
| 159 | 9/25/17 | Email from Karen Calabrese to Robin Peterson re; 4087166 E.M. | SGF1814-1815 | |
| 160 | 12/7/17 | Email from Sarah Crisp to Robin Peterson re: 4087166 E.M. | SGF1802-1803 | |
| 161 | | Kimball O. Pomeroy Curriculum Vitae | | |
| 162 | | Kimball O. Pomeroy, PhD, HCLD | | |

14

| 163 | 9/15/19 | Rebuttal of Dr. James M. Wheeler's Report, Opinions and Deposition | | |
| 164 | | Cryostorage Tank Failures: Temperature and Volume Loss Over Time  After Induced Failure by Removal of Insulative Vacuum. by: Kimball O. Pomeroy and others | | Hearsay; relevance; foundation |
| 165 | 2018 | Reproductive Tissue Storage: Quality Control and Management/Inventory Software | | Hearsay; relevance; foundation |
| 166 | | The World Egg Bank: How we Support your Practice | | Hearsay; relevance; foundation |
| 167 | | The World Egg Bank: Are All Egg Banks Equal? | | Hearsay; relevance; foundation |
| 168 | August 2019 | SGF What to Look for When Referring Your Patients for Egg Freezing | EM_04603-4604 | Relevance; foundation; Rule 403 |
| 169 | | SGF Egg Freezing: The Decision to Freeze Your Eggs | SGF4795-4798 | Relevance; foundation; Rule 403 |
| 170 | | The World Egg Bank: Oocyte to Baby Rate- An Important ART Metric | | Hearsay; relevance; foundation |
| 171 | | The World Egg Bank: Shipping Oocytes | | Hearsay; relevance; foundation |
| 172 | | The World Egg Bank: For the Embryologist- Verification | | Hearsay; relevance; foundation |
| 173 | | The World Egg Bank: Physicians | | Hearsay; relevance; foundation |
| 174 | | The World Egg Bank: Ova Assurance | | Hearsay; relevance; foundation |
| 175 | | Transfer of Cryopreserved Specimens to Arizona Reproductive Medicine Specialists | | Hearsay; relevance; foundation |
| 176 | 6/27/17 | New Quality Control Research by Kimball O Pomery, PhD of the World Egg Bank | | Hearsay; relevance; foundation |

| 177 |  | The World Egg Bank: Verified Clinics |  | Hearsay; relevance; foundation |
|---|---|---|---|---|
| 178 |  | Fertility & Sterility excerpt e27 |  | Hearsay; relevance; foundation |
| 179 | September 2015 | Fertility & Sterility excerpt e202-203 |  | Hearsay; relevance; foundation |
| 180 | September 2018 | Seminars in Reproductive Medicine: Reproductive Tissue Storage: Quality Control and Management/Inventory |  | Hearsay; relevance; foundation |
| 181 | 2018 | Human Reproductive Cell Cryopreservation, Storage, Handling, and Transport: Risks and Risk Management |  | Hearsay; relevance; foundation |
| 182 | 2018 | RBM Online: Cryostorage of Human Gametes and Embryos:A Reckoning |  | Hearsay; relevance; foundation |
| 183 |  | Cryogenic Supply Chain Risk Management During Storage and Transportation of Reproductive Material |  | Hearsay; relevance; foundation |
| 184 |  | Troubleshooting- Cryopreservation |  | Hearsay; relevance; foundation |
| 185 | 8/8/16 | Donor Egg Bank USA and SGF 2012-16 Data Review | SGF2335A | Hearsay; relevance; foundation |
| 186 | 5/19/18 | Liquid Nitrogen Storage Tank Failure: Can We Improve the Current System? |  | Hearsay; relevance; foundation |
| 187 |  | Liquid Nitrogen Storage Tank Failure: Can We Improve the Current System?- Kimball O. Pomery, PhD |  | Hearsay; relevance; foundation |
| 188 | 9/16/19 | Revised Notice of Deposition of Shady Grove Reproductive Science Center P.C. |  | Relevance |
| 189 | 9/16/19 | Defendant's Objections and Responses to Plaintiff's Third Set of Interrogatories |  |  |
| 190 | 12/7/12 | Talking Egg Freezing with Shady Grove | EM_03519-3521 | Relevance; foundation; Rule 403 |

21128646_1

| 191 | February 2016 | Successful Elective and Medically Indicated Oocyte Vitrification and Warming for Autologous IVF. With Predicted Birth Probabilities for Fertility Preservation According to Number of Cryopreserved Oocytes and Age at Retrieval | SGF1008-1017 | Hearsay; relevance; foundation; Rule 403 |
|---|---|---|---|---|
| 192 | | SGF Publishes Largest Study in the U.S. of Egg Freezing Pregnancy Success Rates | SGF4766-4768 | Relevance; foundation; Rule 403 |
| 193 | | Donor Egg Bank 2017 Statistics | | Hearsay; relevance; foundation; Rule 403 |
| 194 | | SGF IVF Statistics Rockville & Fairfax 2018 | SGF5623-5644 | Relevance; foundation; Rule 403 |
| 195 | | Benchmarking Performance Nationally: SART 2017: Patient's Own Eggs All Ages Preliminary Live Births Per New Patient | SGF5770 | Hearsay; relevance; foundation; Rule 403 |
| 196 | 10/29/15 | SGF Shared Help Fertility Treatment Discount Program | SGF5621-5622 | |
| 197 | 10.19.15 | SGF Shared Help Discount Program Update | SGF5617-5618 | |
| 198 | 12/15/16 | SGF Shared Help Discount Program Update | SGF5619-5620 | |
| 199 | 3/11/19 | SGF Shared Help Discount Program Update | SGF5613-5614 | Relevance; foundation; Rule 403 |
| 200 | 4/24/19 | SGF Shared Help Discount Program Update | SGF5603-5604 | Relevance; foundation; Rule 403 |
| 201 | | SGF Shared Help Discount Program Update | EM_04728-4729 | Relevance; foundation; Rule 403 |
| 202 | | SGF Center for Fertility Preservation: The Egg Banking Process | EM_04756-4759 | Foundation; relevance; Rule 403; Rule 407 |
| 203 | | SGF Center for Fertility Preservation: Summary | EM_04438-4446 | Relevance; foundation; Rule 403 |

| 204 | | SGF Privacy Policy | EM_04677-4679 | Relevance; foundation; Rule 403 |
|---|---|---|---|---|
| 205 | 10/29/15 | The Perfect Patient | SGF5469-5471 | Relevance; foundation; Rule 403 |
| 206 | | SGF: The Egg Freezing Process | SGF5567-5569 | Relevance; foundation; Rule 403 |
| 207 | 10/29/15 | SGF: Working with your Medical Team | SGF5599-5602 | Hearsay; relevance; foundation; Rule 403 |
| 208 | 9/21/12 | Email from Nikki LaChappelle. to E.M. re: Sample Protocol | EM_00057-59 | |
| 209 | 11/1/12 | Email from Teressa Pinkett to E.M. re: SGFC Financial Document | EM_00034-37 | |
| 210 | 9/15/15 | Email from Kristal Lewis to E..M. re: Results from 9/15 | | |
| 211 | 11/9/15 | Email from Kristal Lewis to E.M. re: Dated Protocol | EM_00609-613 | |
| 212 | 11/10/15 | Email from Kristal Lewis to E.M. re: Injection Video Links | EM_00608 | |
| 213 | 10/11/16 | Email from E.M. to Kristal Lewis re: Update | EM_00929 | Hearsay |
| 214 | 1/7/16 | Email from Kristal Lewis to E.M. re: Femara/Letrozole Information/Consent Form | EM_01252-1256 | |
| 215 | 1/8/16 | Email from Kristal Lewis to E.M. re: Update | EM_01246-1249 | |
| 216 | 8/16/19 | Email from Jean Dzierzak to Carrie Roll re: EF Pricing Changes | SGF5562-5566 | Relevance |
| 217 | 9/27/11 | Integramed America, Inc. Policies & Standard Procedures | SGF5691-5698 | Relevance; foundation; Rule 403 |
| 218 | | SGF E.M. Patient Portal | SGF2078 | |
| 219 | 8/16/19 | Email from Natalya Kuri to Carrie Roll re: New SR & Shared Help Language | SGF5615-5616 | Relevance; foundation; Rule 403; Rule 407 |
| 220 | 8/15/19 | Email from Lori Ebersohl to Jay McDannell re: EM v. SG- Email search criteria | | Relevance |
| 221 | 5/30/18 | Email from Sarah Crisp to Robin Peterson re: 4087166 E.M. | SGF1782 | |

| 222 | 1/1/17 | Integramed America, Inc. Email Retention & Destruction Policy | SGF5841-5843 | Relevance; foundation |
|---|---|---|---|---|
| 223 | 9/15/15 | Email from Kristal Lewis to E.M. re: Results from 9/15 | EM_00672-675 | |
| 224 | 4/1/03 | Integramed America, Inc. Designation of Record Sets | SGF5689-5690 | Relevance; foundation; Rule 403 |
| 225 | 3/26/13 | Integramed America, Inc. Breach Notification | SGF5681-5685 | Relevance; foundation; Rule 403 |
| 226 | 10/3/18 | Letter to Patient 2 terminating relationship with SGF | SGF3634-3635 | Relevance; foundation |
| 227 | 4/7/17 | Letter to Patient 4 terminating relationship with SGF | SGF3638-3639 | Relevance; foundation; Rule 403; Rule 404 |
| 228 | 12/8/16 | Letter to Patient 5 terminating relationship with SGF | SGF3640-3641 | Relevance; foundation; Rule 403; Rule 404 |
| 229 | 6/28/16 | Letter to Patient 6 terminating relationship with SGF | SGF3642 | Relevance; foundation; Rule 403; Rule 404 |
| 230 | 8/9/17 | Letter to Patient 16 terminating relationship with SGF | SGF3660 | Relevance; foundation; Rule 403; Rule 404 |
| 231 | 3/4/16 | Letter to Patient 17 terminating relationship with SGF | SGF3661-3662 | Relevance; foundation; Rule 403; Rule 404 |
| 232 | 3/6/18 | Letter to Patient 20 terminating relationship with SGF | SGF3667-3668 | Relevance; foundation; Rule 403; Rule 404 |
| 233 | 4/1/03 | Integramed America Inc. Patient Access to Protected Health Information | SGF5702-5707 | Relevance; foundation; Rule 403 |
| 234 | 4/14/03 | Integramed America Inc: Marketing- Use and Disclosure of PIII | SGF5698-5701 | Relevance; foundation; Rule 403 |
| 235 | 3/26/13 | IntegraMed America, Inc. Complaints About Privacy Practices | SGF5686-5688 | Relevance; foundation; Rule 403 |
| 236 | | SGF Email Authorization | SGF3128 | |

| 237 | | DC Public Accommodations Notice of Discrimination | | Relevance; foundation; Rule 403 |
|---|---|---|---|---|
| 238 | | HIPAA Privacy Basic Training Quiz | EM_03455-3456 | |
| 239 | | HIPAA Email Incidents | SGF3671-3672 | Relevance; foundation; Rule 403; Rule 404 |
| 240 | 4/2/19 | Dept. of Health and Human Services letter to SGF | SGF3669-3670 | Hearsay; relevance; foundation; Rule 403; Rule 404 |
| 241 | 11/7/16 | Email string from Stephen Greenhouse to Michele Abbott and Gilbert Mottla re: 4087166 E.M. | SGF5264-5266 | |
| 242 | | E.M. Patient Portal Full Cycle Alert | | Relevance |
| 243 | 1/29/19 | Pre-Thaw Inventory Preparation | SGF2047 | Relevance |
| 244 | | SGF: The Magnitude of Miscarriage | EM_03529-3531 | Relevance; foundation; Rule 403 |
| 245 | | SGF: The Emotional Effects of Recurrent Pregnancy Loss | EM_03522-3525 | Relevance; foundation; Rule 403 |
| 246 | | SGF: The Miscarriage Dilemma | EM_03532-3534 | Relevance; foundation; Rule 403 |
| 247 | | SGF: Common Questions and Answers About Pregnancy Loss: Understanding for Family and Friends | EM_03467-3469 | Relevance; foundation; Rule 403 |
| 248 | | SGF: Pregnancy Loss: Healing the Invisible Loss | EM_03470-3472 | Relevance; foundation; Rule 403 |
| 249 | | SGF: Stress and Infertility | EM_03517-3518 | Relevance; foundation; Rule 403 |
| 250 | | SGF: Emotions and Infertility | EM_3423-3425 | Relevance; foundation; Rule 403 |
| 251 | | SGF E.M. Medication Prescription Record | SGF1995-2000 | |

| 252 | | SGF IVF Statistics Rockville 2017 | SGF1332-1361 | Relevance; foundation; Rule 403 |
|---|---|---|---|---|
| 253 | 1/1/19 | SGF Standard Operating Procedure | SGF3596-3601 | Relevance; foundation; Rule 403 |
| 254 | 4/2/19 | SGF: 5 Features in our IVF Lab Designed to Increase Your Chance of Pregnancy | SGF4802-4812 | Relevance; foundation; Rule 403 |
| 255 | 2017 | Oocyte Vitrification/Storage/ Handling/Transportation/Warming, effect on Survival and Clinical Results in Donation Programmes | EM_03809-3815 | Hearsay; relevance; foundation; Rule 403 |
| 256 | | James Wheeler: Medicolegal Consultations | | |
| 257 | | James Wheeler Insurance Company Review Committees and Expert Registries | | |
| 258 | | James Wheeler E.M. case Invoice through Deposition of 9/9/19 | | |
| 259 | 12/19/02 | James M. Wheeler, M.D. v. The Methodist Hospital | | |
| 260 | 8/17/96 | In the Matter of the License of James M. Wheeler, M.D. Agreed Order | | |
| 261 | 7/7/17-8/9/17 | SGF Progress Notes and Calls | SGF0071 | |
| 262 | 5/20/19 | James M. Wheeler, MD: Medical Malpractice Suits | | |
| 263 | 2019 | Handwritten Notes | | |
| 264 | 10/13/12 | SGF E.M. signed Consent for Oocyte Retrieval, Cryopreservation and Storage | | |
| 265 | | SGF Ovulation and Insemination Treatment | EM_02595-2611 | |
| 266 | 11/18/15 | Email from Kristal Lewis to Kate Devine re: 4087166 E.M. | SGF1955 | |
| 267 | 1/14/19-1/20/19 | Email string re: 4087166 E. M. | SGF4577-4584 | |
| 268 | 1/21/19 | Email string re: 4087166 E. M. | SGF1546 | |
| 269 | 12/23/13 | Letter to Patient 9 terminating relationship with SGF | SGF3646-3647 | Relevance; foundation; Rule 403; Rule 404 |
| 270 | August 2013 | SGF: What to Expect During the Egg Freezing/Banking Process | SGF3504-3507 | Relevance; foundation; Rule 403 |

21

| 271 | 1/2/19 | SGF Request for Release of Cryopreserved Specimens from Shady Grove Fertility redacted | SGF3750-3751 | Relevance; foundation; Rule 403; Rule 404 |
|---|---|---|---|---|
| 272 | 2/7/19 | SGF Request for Release of Cryopreserved Specimens from Shady Grove Fertility redacted | SGF3881-3882 | Relevance; foundation; Rule 403; Rule 404 |
| 273 | 6/13/19 | SGF Request for Release of Cryopreserved Specimens from Shady Grove Fertility redacted | SGF4373-4274 | Relevance; foundation; Rule 403; Rule 404 |
| 274 | 3/21/19 | Email from Michelle Purcell to Eric Widra re: Consent | SGF2518 | Relevance; foundation; Rule 403; Rule 404 |
| 275 | | Request for Release of Oocytes from SGF | SGF2519-2520 | |
| 276 | 3/15/19 | Email from Lori Ebersohl to Jay McDannell re: E.M. v. Shady Grove | | Relevance; foundation; Rule 403 |
| 277 | | Fertility Preservation at SGF: Summary | | Relevance; foundation; Rule 403 |
| 278 | | SGF: Is Egg Freezing Right for You? | | Relevance; foundation; Rule 403 |
| 279 | | SGF: When it Comes to Egg Freezing, Data Provides Answers | | Relevance; foundation; Rule 403 |
| 280 | | SGF: Washington Post: Biological Clock Ticking? What You Need to Know about Freezing Your Eggs | | Relevance; foundation; Rule 403 |
| 281 | | SGF: U.S. News and World Report: Questions to Answer Before You Freeze Your Eggs | | Relevance; foundation; Rule 403 |
| 282 | | SGF: Mic.com Features SGF: How Much Does it Cost to Freeze Your Eggs? | | Relevance; foundation; Rule 403 |
| 283 | | SGF: Egg Freezing at SGF | | Relevance; foundation; Rule 403 |
| 284 | | SGF: What to Look for When Referring Your Patients for Egg Freezing | | Relevance; foundation; Rule 403 |

22

| 285 | 1/29/16 | SGF: Women Who Freeze: Overcoming the "Dating Deadline" with Egg Freezing | | Relevance; foundation; Rule 403 |
|---|---|---|---|---|
| 286 | 3/13/18 | SGF" Safety Precautions for Frozen Embryos and Eggs: How Do I Know that My Frozen Embryos and Eggs Will Be Safe? | | Relevance; foundation; Rule 403 |
| 287 | 10/10/16 | SGF: More Babies Born Than Closest 20 Centers Combined | | Relevance; foundation; Rule 403 |
| 288 | 8/21/19 | SGF: Why a Younger Generation is Considering Egg Freezing and How We Know the Process Really Works | | Relevance; foundation; Rule 403 |
| 289 | 10/1/18 | SGF Invites Women Considering Egg Freezing to Attend Physician-Hosted In-Person and Virtual Events | SGF4638-4640 | Relevance; foundation; Rule 403 |
| 290 | | E.M. Medical Records | | Despite repeated request, no specific document identified as exhibit. Defendant therefore objects to this exhibit as untimely, unidentified, and not produced in discovery |
| 291 | | SGF Financial Documents [To be provided by SGF] | | Despite repeated request, no specific document identified as exhibit. Defendant therefore objects to this exhibit as untimely, |

| | | | | |
|---|---|---|---|---|
| | | | | unidentified, and not produced in discovery |
| 292 | | SGF Ownership Documents [To be provided by SGF] | | Despite repeated request, no specific document identified as exhibit. Defendant therefore objects to this exhibit as untimely, unidentified, and not produced in discovery |
| 293 | | SGF Corporate Structure Documents [To be provided by SGF] | | Despite repeated request, no specific document identified as exhibit. Defendant therefore objects to this exhibit as untimely, unidentified, and not produced in discovery |
| 294 | | Supplemental Discovery Documents [to be produced by SGF] | | Despite repeated request, no specific document identified as exhibit. Defendant therefore objects to this |

| | | | | |
|---|---|---|---|---|
| | | | | exhibit as untimely, unidentified, and not produced in discovery |
| 295 | | Records regarding Transfer of E.M. Eggs from SGF to GIVF | | Despite repeated request, no specific document identified as exhibit. Defendant therefore objects to this exhibit as untimely, unidentified, and not produced in discovery |
| 296 | | Financial Records for Treatment Post SGF | | Despite repeated request, no specific document identified as exhibit. Defendant therefore objects to this exhibit as untimely, unidentified, and not produced in discovery |
| 297 | | SGF Shipping Protocols | SGF5753-58, 5759-60 | Relevance, foundation |
| 298 | | AATB Standard for Tissue Banking 13th Edition | | Hearsay; relevance; foundation; not disclosed in discovery |

25

| 299 | | SGF Incident Report | SGF5708-10 | Relevance; foundation; Rule 403; Rule 404 |
|---|---|---|---|---|
| 300 | | EM SGF Follicular Ultrasound Report | SGF0202 | Relevance; foundation |
| 301 | | Egg Retrieval Consent Form | SGF0361-2 | |
| 302 | 3/17/21 | Email to Lori Ebersohl, re: EM v. SGF - Authorization for the Potential Transfer of Frozen Egg | | Relevance; Rule 403; Rule 408; not produced in discovery |
| 303 | 3/17/21 | First signed EM Egg Transfer Authorization | | Relevance; Rule 403; Rule 408; not produced in discovery |
| 304 | 3/26/21 | SGF Oocyte Transfer Request to Another Facility | | Relevance; Rule 403; Rule 408; not produced in discovery |
| 305 | 4/5/21 | Second signed EM Egg Transfer Authorization | | Relevance; Rule 403; Rule 408; not produced in discovery |
| 306 | 4/12/21 | Emails with Lori Ebersohl, re: EM v. SGF - Release form for Egg Transfer | | Relevance; Rule 403; Rule 408; not produced in discovery |
| 307 | 4/7/21–5/25/21 | Emails to and from Lori Ebersohl, re: FW: EM v. SGF – Transfer form | | Relevance; Rule 403; Rule 408; not produced in discovery |
| 308 | 5/7/21 | Request For Release Of Cryopreserved Specimen From SGF | | Relevance; Rule 403; Rule 408; not produced in discovery |
| 309 | 5/21/21 | GIVF Letter | | Hearsay; relevance; Rule 403; not |

| | | | | |
|---|---|---|---|---|
| | | | | produced in discovery |
| 310 | 5/28/21, 6:22 a.m. | Email from Barry Coburn to Lori Ebersohl, re: Fwd: EM v. SGF – Transfer form | | Relevance; Rule 403; Rule 408; not produced in discovery |
| 311 | 5/28/21, 6:04 p.m. | Email from Barry Coburn to Lori Ebersohl, re: Fwd: EM v. SGF – Transfer form | | Relevance; Rule 403; Rule 408; not produced in discovery |
| 312 | 6/1/21 | Third signed EM Egg Transfer Authorization | | Relevance; Rule 403; Rule 408; not produced in discovery |
| 313 | 6/1/21 | Email from Barry Coburn to Lori Ebersohl, Re: EM v. SGF – Transfer form | | Relevance; Rule 403; Rule 408; not produced in discovery |
| 314 | 6/2/21 | Email chain, Re: Mutual patient EM trying to ship oocytes to you | | Relevance; Rule 403; Rule 408; not produced in discovery |
| 315 | 6/1/21– 6/2/21, 8:56 a.m. | Email chain, Re: E.M. v. Shady Grove Reproductive Science Center P.C., 19-cv-00657 | | Relevance; Rule 403; Rule 408; not produced in discovery |
| 316 | 6/1/21– 6/2/21, 12:42 p.m. | Email chain, Re: E.M. v. Shady Grove Reproductive Science Center P.C., 19-cv-00657 | | Relevance; Rule 403; Rule 408; not produced in discovery |
| 317 | 6/7/21 | GIVF Cycle Graph | | Hearsay; authentication; relevance; Rule 403; not produced in discovery |
| 318 | 10/27/21– 1/24/22 | Emails to and from Lori Ebersohl re: E.M. v. Shady Grove - transport | | Relevance; Rule 403; |

27

| | | | | |
|---|---|---|---|---|
| | | | | Rule 408; not produced in discovery |
| 319 | 10/29/21 | Fourth signed EM Egg Transfer Authorization | | Relevance; Rule 403; Rule 408; not produced in discovery |
| 320 | 12/22/21 | Email to Lori Ebersohl, re: Transfer of remaining eggs | | Relevance; Rule 403; Rule 408; not produced in discovery |
| 321 | 1/20/22 | Emails to and from Lori Ebersohl re: E.M. egg transfer | | Relevance; Rule 403; Rule 408; not produced in discovery |
| 322 | 1/24/22 | SGF Request For Release of Cryopreserved Specimen(s) Form | | Relevance; Rule 403; not produced in discovery |
| 323 | 1/24/22 | Fifth signed EM Egg Transfer Authorization | | Relevance; Rule 403; Rule 408; not produced in discovery |
| 324 | 3/09/20 | Cornell Receipt | | Hearsay; relevance; authentication; Rule 403; not produced in discovery |
| 325 | 11/4/21 | GIVF Financial Agreement | | Hearsay; relevance; authentication; Rule 403; not produced in discovery |
| 326 | 2/4/22 | GIVF Receipt | | Hearsay; relevance; authentication; Rule 403; not produced in discovery |

28

| 327 | 9/11/20 11:05 a.m | GIVF Invoice | | Hearsay; relevance; authentication; Rule 403; not produced in discovery |
|---|---|---|---|---|
| 328 | 9/11/20 11:05:57 a.m. | GIVF Invoice | | Hearsay; relevance; authentication; Rule 403; not produced in discovery |
| 329 | 5/24/20 | New York Presbyterian Payment Receipt | | Hearsay; relevance; authentication; Rule 403; not produced in discovery |
| 330 | 12/31/21 | Cornell payment receipt | | Hearsay; relevance; authentication; Rule 403; not produced in discovery |
| 331 | | Invoices from BerlikLaw, LLC | | Incomplete document; not produced in discovery |
| 332 | | Invoices from Coburn, Greenbaum & Eisenstein, PLLC | | Incomplete document; not produced in discovery |
| 333 | | Any document identified by SGF | | |

II.     Objections to Plaintiff's Trial Deposition Designations

Defendant objects to all of Plaintiff's designations of J.S., E.M., James Wheeler, and

Kimball O. Pomeroy, Ph.D., because use of those depositions is not permitted by Fed. R. Civ. P.

32.  Defendant further reserves the right to object to introduction of any of Plaintiff's designated

deposition excerpts in accordance with this Court's evidentiary rulings during trial and any

rulings on motion for judgment.

Robin Peterson Deposition, June 4, 2019

| Designation | Objection |
|---|---|
| 11:9-14 | Incomplete; include line 15 |
| 25:21-31:14 | Object to admission of colloquy between counsel at 29:16-30:16 |
| 57:3-63:1 | Question excluded from beginning of designation and complete answer not included at end of designation; 58:12-22 – speculation, hypothetical, lacks foundation |

Sarah Crisp Deposition, June 5, 2019

| Designation | Objection |
|---|---|
| 33:6-14 | Question excluded from designation |
| 53:7-12 | Incomplete – excludes both question and majority of answer |

James Graham Deposition, June 5, 2019

| Designation | Objection |
|---|---|
| 215:8-216:1 | Incomplete – omits initial question |

Gilbert Lawrence Mottla, M.D. Deposition, July 31, 2019

| Designation | Objection |
|---|---|
| 61:14-16 | Incomplete; excludes question and majority of answer |
| 100:13-102:1 | 101:1-14: speculation, hypothetical, lack of foundation |
| 143:7-144:22 | 143:7-144:4, 144:19-22: hypothetical, calls for legal conclusion, lack of foundation |
| 202:2-4 | Lacks foundation, incomplete |
| 211:17-212:1 | Incomplete – excludes question and context |
| 218:8-15 | Incomplete – excludes full answer |
| 239:12-19 | Ends in middle of question |
| 250:8-251:12 | Excludes initial substantive question |
| 298:17-302:16 | 300:14-20 – lacks foundation, calls for speculation<br>300:21-301:21: relevance, calls for legal conclusion |

Michael Tucker Deposition, August 7, 2019

| Designation | Objection |
|---|---|
| 187:12-20 | Incomplete – omits full answer |
|  |  |

Barbara Osborn Deposition, August 30, 2019

| Designation | Objection |
|---|---|
| 10:17-19 | Incomplete/incorrect – middle of both question and answer |
| 37:2-7 | Incomplete |
| 55:22-56:7 | Vague, lacks context |
| 85:5-10 | Incomplete/incorrect – middle of both question and answer; calls for speculation |
| 91:10-93:4 | Incomplete – omits question |
| 135:21-137:10 | Incomplete – omits question and first half of answer |
| 192:14-198:1 | 192:14-195:20: relevance (relates to claims disposed of on summary judgment) |
| 204:15-205:4 | Incomplete – omits full answer |
| 237:10-240:3 | 238:8-239:5: relevance, calls for legal conclusion |
| 272:15-273:9 | Incomplete/incorrect – excludes initial question and omits full last answer |

Eric Widra Deposition, September 5, 2019

| Designation | Objection |
|---|---|
| 10:18-11:21 | Incomplete – omits initial question |
| 13:10-15:1 | Incomplete – omits first part of question |
| 90:2-92:8 | Incomplete – omits final answer |
| 112:4-118:6 | Answer ends at 118:5 |
| 168:2-15 | Incomplete – omits full answer |
| 194:5-195:1 | Incomplete – omits initial question, omits full last answer |
| 195:22-199:4 | Relevance (relates to claims disposed of on summary judgment) |
| 215:7-220:12 | Relevance (relates to claims disposed of on summary judgment) |
| 355:21-357:13 | Incomplete – omits initial question and first portion of answer |

Michelle Purcell 30(b)(6) Deposition, September 19, 2019

| Designation | Objection |
|---|---|
| 21:4-17 | Incomplete – omits question |
| 91:6-92:12 | Incomplete – omits full answer |
| 105:21-106:1 | Incomplete – omits answer |
| 119:4-122:8 | Relevance, beyond scope of corporate designee topics; includes colloquy of counsel |
| 161:6-163:14 | Omit last line – commentary of counsel |

Michael Tucker 30(b)(6) Deposition, September 19, 2019

| Designation | Objection |
|---|---|
| 24:14-18 | Incomplete/incorrect – omits initial question, omits full last answer |

Vicki Gerber 30(b)(6) Deposition, October 4, 2019

| Designation | Objection |
|---|---|
| 7:8-15 | Incomplete – omits question |
| 8:13-17 | Calls for speculation and legal conclusion |
| 23:15-27:11 | Incomplete – omits initial question; relevance (relates to claims disposed of on summary judgment) |
| 78:17-20 | Incomplete – omits full answer |

Eric A. Widra 30(b)(6) Deposition, October 4, 2019

| Designation | Objection |
|---|---|
| 21:15-22 | Incomplete – omits question |
|  |  |

33