# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **E.M.**, | ) |
|  | ) |
| **Plaintiff**, | ) |
|  | ) |
| v. | ) Case No: 1:19-cv-00657 |
|  | ) |
| **SHADY GROVE REPRODUCTIVE** | ) |
| **SCIENCE CENTER P.C.**, | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |

## NOTICE SUBMITTING PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBITS

Plaintiff E.M., by counsel, hereby provides the attached Objections to Plaintiff's Exhibits pursuant to LCvR 16.4(e).

Dated: September 24, 2025

    Respectfully submitted,

    E.M.
    By Counsel

    /s/ Marc Eisenstein
    Marc Eisenstein (DC Bar No. 1007208)
    Barry Coburn (DC Bar No. 3580202)
    Sarah Schwietz (DC Bar No. 90008610)
    Coburn, Greenbaum & Eisenstein PLLC
    1710 Rhode Island Avenue, N.W.
    Second Floor
    Washington, DC 20036
    Phone: (202) 470-2695

Fax: (866) 561-9712
marc@coburngreenbaum.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on September 24, 2025, a copy of the foregoing was filed with the Clerk of the Court and served on all counsel of record via ECF.

    /s/ _____
    Marc Eisenstein