# Count 1 – Violation of DC Human Rights Act (DCHRA)

- Source of income discrimination and retaliation

# Count 2 – Violation of the DC Consumer Protections Procedures Act (CPPA)

- Misrepresentations concerning FDA regulations
- Misrepresentations concerning the Patient Bill of Rights
- Misrepresentations about the terms of SGF’s Shared Help Discount Program
- Misrepresentations about HIPAA compliance
- Harassment

# Count 4 – Breach of Contract

- Patient Bill of Rights

# Count 5 – Breach of Covenant of Good Faith and Fair Dealing

- Patient Bill of Rights
- HIPAA

# Count 6 – Unjust Enrichment

- Unearned 2017 IVF Payments
- Payments for the never-performed 2019 egg thaw cycle

# Count 7 – Promissory Estoppel

- Patient Bill of Rights

# Count 11 – Intentional Infliction of Emotional Distress

- For dismissing E.M. as a patient

## PATIENT BILL OF RIGHTS

- To expect to be treated with respect, consideration, and dignity.
- To receive the best possible care in a safe and comfortable environment.
- To expect treatment without regard to race, color, creed, religion, sex, national origin, or source of payment, except for fiscal capability thereof, without any concern for abuse or harassment.
- To know services available, such as provisions for after hours or emergency care, educational material available, and policies concerning payment of fees.
- To know name, functions, and relationship of any person providing my healthcare.
- To be assured confidential treatment of disclosure of records and afforded the opportunity to approve or refuse the release of such information, except as permitted or required by law.
- To be provided, to the degree known, information concerning my diagnosis, treatment, and prognosis.
- To have the opportunity to participate in decisions involving my health care.
- To request a second opinion, voice a complaint or grievance, or refuse to participate in experimental research without fear of discrimination or reprisal.
- To expect a reasonable response to any reasonable request made for service.
- To refuse treatment to the extent permitted by law and to be informed of the medical consequences of my action.
- To examine and receive an explanation of my bill, regardless of the source of payment.
- To expect reasonable continuity of care and to know in advance the time and location of appointments.
- To have all my patient rights apply to the person who has legal responsibility to make decisions regarding my medical care.
- To expect reasonable resolution of complaints at the Practice level.

## STATEMENT OF PATIENT RESPONSIBILITY

- To provide to the best of his/her knowledge, accurate and complete information about present complaints, past illnesses, hospitalizations, medications, and other matters relating to his/her health.
- To participate in health care decisions and for following the plan of care outlined by the practitioner responsible for his/her care. This includes following instructions of the physicians, nurses and other health care personnel carrying out the plan of care.
- For assuring that the financial obligations of his/her health care are fulfilled as promptly as possible, and in the case of financial difficulty, making all reasonable efforts to meet any agreed upon financial payment plan.
- For his/her actions if he/she refuses treatment or is non-compliant in following a plan of treatment recommended by his/her physician.
- To know the rules and regulations of Shady Grove Fertility affecting his/her care and conduct and for following the rules and regulations.
- For being considerate of the rights of other patients and considerate and respectful to Shady Grove Fertility personnel.
- For being respectful of the property of other persons and of Shady Grove Fertility.
- To make known to his/her physician, attending nurse, or other health care personnel, any concerns or complaints he/she may have.
- To make sure he/she understands all information regarding the implications of his/her symptoms, his/her surgery or procedure (if applicable) and any risks related to having or declining such surgery or procedure, the expected outcomes of the plan of care outlined by his/her physician, and his/her responsibilities in regards to that plan of care.
- To provide a responsible adult to transport him/her to and from the surgical center and to remain with him/her during the procedure and for twenty-four (24) hours afterward, should the physician deem it necessary.
- To inform his/her clinical team regarding any will, medical power of attorney, or other directive that could affect his/her care.
- To understand that Shady Grove Fertility does not honor Advance Directives and will not be liable for its terms during his/her stay.

## ADVANCE DIRECTIVES

### PURPOSE

To provide information to all patients of their rights under state law to make decisions concerning medical care, including the right to accept or refuse medical or surgical treatment and the right to formulate advance directives.

### POLICY

It is the policy of Shady Grove Fertility's physicians and staff to acknowledge a patient's right to have advanced directives. However, as specialists in reproductive medicine in an ambulatory setting working with young. primarily healthy patients, Shady Grove Fertility staff does not honor Advance Directives with patients scheduled for procedures at a Shady Grove Fertility location. We will ask the patient if he/she has a Living Will and if requested, provide him/her with a state-approved form. Shady Grove Fertility physicians and staff respect the right of a patient to have an advanced directive, however, should an untoward event happen to a patient while he or she is in a Shady Grove Fertility center, it is also our policy to stabilize that patient and transport him or her to the nearest hospital with a copy of the advanced directive (if made available). This policy will be made clear to the patients and is included as part of the Patient Responsibilities.

## PATIENT COMPLAINTS/GRIEVANCES

All patient complaints regarding treatment, service, damaged or lost articles or billing will be forwarded to the appropriate supervisor, Regional Executive Director and/or the Human Resources Department for investigation and appropriate response.

- Any complaint received from a patient while a patient at Shady Grove Fertility will be addressed and forwarded to the Office Supervisor, Regional Executive Director, and if necessary, to the patient's physician.
- The Office Supervisor or Regional Executive Director is responsible for following up on all patient complaints and for notifying the physician of record whenever a patient has issued a complaint against any Shady Grove Fertility staff member of physician.
- A record of the complaint, investigation, follow-up action and response to the patient will be kept. A response to the patient can be expected within 60 days. Patient complaints will be trended and reported through the CQI Committee process.

## IF NEEDED, COMPLAINTS MAY BE DIRECTED TO:

**SGFC Surgery Center, LLC**

**Regional Executive Director**
Vicki Gerber
vicki.gerber@integramed.com

**Rockville ASC Manager**
Denise Y. Kelley
denise.kelley@integramed.com

**Rockville ASC Assistant Supervisor**
Melanie Bates
melanie.bates@integramed.com

**SGFC Surgery Center, LLC and Shady Grove Anesthesia Associates, LLC are subsidiaries owned and operated by Shady Grove Fertility, LLC.**

| | | |
|---|---|---|
| Arthur Sagoskin, M.D. | Stephen Greenhouse, M.D. | Eric Levens, M.D. |
| Eugene Katz, M.D. | Paulette Browne, M.D. | Jason Bromer, M.D. |
| Ricardo Yazigi, M.D. | Barbara Osborn, M.D. | Howard McClamrock, M.D. |
| Frank Chang, M.D. | Naveed Khan, M.D. | Isaac Sasson, M.D. |
| Gilbert Mottla, M.D. | Jeanne O'Brien, M.D. | Joseph Doyle, M.D. |
| Michael Levy, M.D. | Melissa Esposito, M.D. | Kimberly Moon, M.D. |
| Jeffrey McKeeby, M.D. | Lorna Timmreck, M.D. | Mark Perloe, M.D. |
| Joseph Osheroff, M.D. | Rachana Garde, M.D. | Desireé McCarthy-Keith, M.D. |
| Eric Widra, M.D. | Anitha Nair, M.D. | Kate Devine, M.D. |

SGF shady grove fertility

PLAINTIFF'S EXHIBIT 90

GEORGIA | MARYLAND | PENNSYLVANIA | VIRGINIA | WASHINGTON, D.C.

We Welcome LGBTQ Families

MARCH 2018

## PATIENT BILL OF RIGHTS

- To expect to be treated with respect, consideration, and dignity.
- To receive the best possible care in a safe and comfortable environment.
- To expect treatment without regard to race, color, creed, religion, sex, national origin, or source of payment, except for fiscal capability thereof, without any concern for abuse or harassment.
- To know services available, such as provisions for after hours or emergency care, educational material available, and policies concerning payment of fees.
- To know name, functions, and relationship of any person providing my healthcare.
- To be assured confidential treatment of disclosure of records and afforded the opportunity to approve or refuse the release of such information, except as permitted or required by law.
- To be provided, to the degree known, information concerning my diagnosis, treatment, and prognosis.
- To have the opportunity to participate in decisions involving my health care.
- To request a second opinion, voice a complaint or grievance, or refuse to participate in experimental research without fear of discrimination or reprisal.
- To expect a reasonable response to any reasonable request made for service.
- To refuse treatment to the extent permitted by law and to be informed of the medical consequences of my action.
- To examine and receive an explanation of my bill, regardless of the source of payment.
- To expect reasonable continuity of care and to know in advance the time and location of appointments.
- To have all my patient rights apply to the person who has legal responsibility to make decisions regarding my medical care.
- To expect reasonable resolution of complaints at the Practice level.

**To expect treatment without regard to** race, color, creed, religion, sex, national origin, or **source of payment,** except for fiscal capability thereof, **without any concern for abuse or harassment.**

**To have the opportunity to participate in decisions involving my health care.**

**To** request a second opinion, **voice a complaint or grievance**, or refuse to participate in experimental research **without fear of discrimination or reprisal.**

**To expect reasonable continuity of care** and to know in advance the time and location of appointments.

**To expect reasonable resolution of complaints** at the Practice level.

SGF

# SHARED HELP DISCOUNT PROGRAM

The Shared Help Discount Program is an income-based program that offers a discount on most treatment and procedures performed at Shady Grove Fertility. We approve approximately 87 percent of patients who apply for this program.

Discounts do not apply when patients owe fees for an outside service or insurance, including co-pays and deductibles.

### ELIGIBILITY REQUIREMENTS

- Gross annual household income (including business income, rents, capital gains, etc.) must be $95,000 or less based on last 2 years' U.S. federal tax returns (75 percent weighting toward most recent year).
- Meets normal medical criteria for desired treatment.
- Uninsured or denied insurance coverage for the treatments and procedures.
- U.S. resident.
- Re-qualification is required every 12 months. Patients must send in updated tax returns.

### ELIGIBLE DISCOUNTED SERVICES

- Pre-screening (day-3 bloodwork, semen analysis, mock embryo transfer (ET), hysterosalpingogram (HSG), saline sonogram, ultrasound, surgery, endometrial biopsy, mock cycle, injection class)
- Intrauterine insemination (IUI)/in vitro fertilization (IVF) global fees
- Donor egg fee-for-service (global) program
- Timed intercourse and natural cycles
- Egg thaw cycles
- Shady Grove Fertility Ambulatory Surgery Center charges
- Cryopreservation and storage charges
- Pregnancy tests and ultrasounds
- ESSURE procedure
- Oncofertility
- Multi-Cycle Discount Program
- Shared Risk Programs (Shared Risk All-inclusive Program excluded)
- Donor egg bank fee-for-service option
- If you are approved for Shared Help Discount, you are also eligible to receive a discount of 50% off of qualifying medications (Gonal F, Cetrotide, and Ovidrel) for your treatment cycle, through EMD Serono's Compassionate Care Program. Please ensure your nurse is made aware of your intentions to apply for the Shared Help Discount so that she can order your medications accordingly.

NEW PATIENT APPOINTMENTS: 1-888-761-1967

SGF

# SHARED HELP DISCOUNT PROGRAM

The Shared Help Discount Program is an income-based program that offers a discount on most treatment and procedures performed at Shady Grove Fertility. We approve approximately 87 percent of patients who apply for this program.

Discounts do not apply when patients owe fees for an outside service or insurance, including co-pays and deductibles.

## ELIGIBILITY REQUIREMENTS

- Gross annual household income (including business income, rents, capital gains, etc.) must be $95,000 or less based on last 2 years' U.S. federal tax returns (75 percent weighting toward most recent year).

**Gross annual <u>household income</u>** (including business income. rents. capital gains. etc.) must be **$95,000 or less based on last 2 years' U.S. federal tax returns** (75 percent weighting toward most recent year).

- Cryopreservation and storage charges
- Pregnancy tests and ultrasounds
- ESSURE procedure
- Oncofertility
- Multi-Cycle Discount Program
- Shared Risk Programs (Shared Risk All-inclusive Program excluded)
- Donor egg bank fee-for-service option
- If you are approved for Shared Help Discount, you are also eligible to receive a discount of 50% off of qualifying medications (Gonal F, Cetrotide, and Ovidrel) for your treatment cycle, through EMD Serono's Compassionate Care Program. Please ensure your nurse is made aware of your intentions to apply for the Shared Help Discount so that she can order your medications accordingly.

SGF

# DONOR SPERM

## THE BASICS

If you experience infertility due to a complete lack of sperm, you can often still achieve a pregnancy using donor sperm. You can arrange for sperm through one of several national certified sperm banks where donors are appropriately screened and the sperm is quarantined.

Donor sperm is commonly needed by:

- Single women
- Same-sex female couples
- Heterosexual couples with severe male factor infertility

Certified Sperm Banks:

- California Cryobank - Free shipping and cord blood banking for all SGF patients.
- Fairfax Cryobank - Free donor information including adult photos on select donors, free local pick up or free shipping on all vial purchases.
- Seattle Sperm Bank - Free shipping to SGF locations on all vial purchases. Extended genetic testing and free patient consultations for donor selection.
- Xytex Cryo

Please speak with your nurse for a complete list of approved cryobanks with a tissue bank licensee for the state of Maryland.

## WHAT TO EXPECT

### THE DONOR SPERM PROCESS

As with any person who undergoes fertility treatment at Shady Grove Fertility, you will need to have a basic infertility work-up. Additionally, you will need to meet with a social worker to discuss the mental and emotional aspects of utilizing donor sperm. Once testing is complete, you will meet with your physician to review the results and determine your course of treatment.

### SELECTING A SPERM DONOR

You will select your sperm donor using the cryobank's website. Sperm donors are anonymous, but the donors usually provide a childhood picture. The donor database offers personal demographics (i.e., hair color, height, race, etc.), as well as essays written by the donor. Some cryobanks even offer voice recordings of interviews with the donor and information on what

SGF5806

In the case of a known donor (i.e., a friend or family member), you will still need to have an infertility work-up, as well as social work consultations. In addition, the U.S. Food and Drug Administration (FDA) requires a 6-month quarantine of the sperm sample period in order for the cryobank to:

- Test the donor sperm for sexually-transmitted diseases.
- Freeze the sperm.
- Release the sperm to Shady Grove Fertility.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SGF

## Quarantine Waiver for Recipient(s) of Directed (Known) Donor Sperm

Please read the following Consent for Recipients of Directed (Known) Donor Sperm - ("**Consent**") carefully. If you do not understand the information provided, or do not feel comfortable with the information provided to you by SGF, or have additional questions, please do not sign this Consent before speaking with your treating Provider.

**DEFINITIONS**

For purposes of this Consent and Waiver, the following definitions will apply and words in the singular form shall be construed to include the plural form and vice versa unless the context otherwise requires

**Child or Children:** means any child or children (the terms may be used interchangeably) born as a result of the donation of the Directed Donor's sperm or eggs to the Recipients.

**Directed Donor:** means a donor who was known to Recipients prior to the donation, and who has identified the specific Recipient to receive his/her donated sperm or eggs.

**Intended Parent or Intended Parents:** means the Recipients as defined herein.

**Provider:** means the health care provider (physician or advanced practice provider (advanced nurse practitioner, midwife or physician assistant) who will be providing Assisted Reproductive Services to one or more Participants

**Recipient or Recipients:** means the identified individual or individuals who are requesting Assisted Reproductive Services as Intended Parents from SGF, to establish a pregnancy in either the Recipient or a gestational carrier on Recipient's behalf using gametes from a Directed Sperm Donor. Recipients may also be referred to herein as Intended Parents. Any spouse of a Recipient is also a Recipient and may be referred to as an Intended Parent within this Consent and Waiver and related documents. Any unmarried partner of a Recipient is also a Recipient if he or she presents and represents to SGF his or her intention to receive Assisted Reproductive Services together with Intended Parent and they represent their joint intention to become the legal parents of any resulting Child. In any such circumstances, any such partner shall be treated by SGF as a Recipient and an Intended Parent, and shall also referred to as "Intended Parent" within this Consent and Waiver and related documents.

SGF

# WORKING WITH YOUR MEDICAL TEAM

## TIPS ON CHANGING FROM THE DIFFICULT PATIENT TO THE PERFECT PATIENT

***"I am angry at my clinic. I feel dismissed, and when I have questions I don't ask them because I don't want to be considered a "difficult patient". Do you have any tips for working with my medical team?"***

Infertility is an experience that may bring out our most primal emotions (anger being but one) and it is often difficult to differentiate the source—infertility itself or the process. Determining the source of your anger is the first step in finding ways to deal with your feelings in a productive and appropriate manner. It is important to start by examining why you are angry at your clinic. Anger about infertility (and anything and everything that goes with it) is very common and frustration, irritation, and dissatisfaction can surface for any number of reasons—whether valid or invalid. Infertility is a frustrating and unhappy experience, as is infertility treatment when feelings of helplessness, vulnerability, dependency, and uncertainty are exacerbated by the treatment process. As a patient, it is your right to have your questions and concerns about treatment answered by your caregivers. If there is a conflict or problematic situation at your clinic, it is important that you bring it to your caregivers in a calm and open fashion. In addressing a problem, it is often not what you say but how you say it that influences the response you get. Your identification of a problem will be helpful to you and other patients, particularly if your caregiver(s) is unaware of the problem. By contrast, if your anger is due to your feelings of overall frustration with infertility, it may be an indication of your need for additional support, understanding, and comfort which your medical staff cannot provide. Consider getting some counseling with a mental health professional experienced in infertility and ask your caregivers for a referral. Since anger and frustration are sometimes a symptom of depression, counseling is an important step to feeling better.

No one wants to be identified as a 'difficult' patient, so it might be helpful to outline what makes a 'perfect' patient. There are things you can do to increase medical efficiency and minimize emotional suffering from the treatment process. You need to see yourself as an active participant in the treatment process, informed and educated, rather than a passive recipient of medical intervention. Here are some suggestions on how to be the 'perfect patient':

***The 'perfect patient' communicates honestly, openly, directly, and calmly with the physician and other caregivers.*** This begins by abandoning the concept of the doctor as a person with special (god-like) powers. Communications should flow naturally an without reservation or intimidation. People often have difficulty bringing about problems or doing so in a calm manner. It is alright to bring aids—such as a written list of issues you wish to address. If it would be easier to communicate in a letter, do so but schedule an appointment to discuss the issue(s) in person as well. Avoid accusatory, blaming, or critical statements. Instead

EM_03550

***The 'perfect patient' asks questions about the treatment regime, follows instructions carefully, and is an active participant in the decision-making process.*** Direct questions about the shortcomings, possibilities of failure, and alternative tests and therapies might include: What are the advantages of this test? Why does this test need to be timed in this manner? Does this test cause any pain, discomfort, or complications? What are the benefits of this treatment over others? If this treatment is not successful, what is the long-range plan? Answers to these kinds of questions, or anything else you do not fully understand, should be very clear before undergoing tests or treatments. Having this understanding and knowledge, will make it easier to follow directions and instructions accurately, a crucial aspect of treatment. It is also very helpful to come prepared to appointment with a list of questions and concerns. Take notes or ask for written literature on any tests or treatments you are considering. Some patients even bring tape recorders to record important conversations with their caregivers, particularly if their partner is unable to accompany them to the appointment. Ask about the clinic's policy on calls about lab results, returning phone calls, and after hour emergencies. Your physician can give you information about treatments available to you, but don't expect that he/she can or will make decisions on treatment for you: these are ultimately up to you.

***The 'perfect patient' tells the doctor when he/she is failing them.*** Sometimes one of the hardest things for patients to communicate to physicians is their unhappiness and/or dissatisfaction with the way they are being treated. For example, perhaps one of the office staff responded curtly or the doctor sounded demeaning. The hurt from such incidences can go deep and ultimately effect the doctor/patient relationship. However, your doctor cannot be held accountable without first being made aware of your feelings in a non-combative manner, and then being given the opportunity to respond. As in any relationship, both the positive and negative issues that occur between doctor and patient need to be discussed and not avoided. Finally, if you have discussed an issue with your physician and it cannot be resolved, thus undermining trust, it may mean you should seek treatment (or at least a second opinion) from another clinic.

“She can research legality all day long”

- Dr. Gilbert Mottla of Shady Grove Fertility on January 17, 2019

“There are many deserving couples worthy of your time and caring other than this couple.”

- Dr. Gilbert Mottla of Shady Grove Fertility on October 16, 2016

"J. is on every phone call, comes to every visit, at times is the first point of contact however it seems that he does not help pay for any treatment. He is willing to have a child and be a father but not willing to pay for treatment and he is not part of her IRS defined 'household.'"

- Dr. Barbara Osborn of Shady Grove Fertility on January 18, 2019

“she feels we are discriminating against her because she does not have a cookie cutter relationship and after asking 1 simple question about household she is now [being] forced into additional processes and costs.”

- Vicki Gerber of Shady Grove Fertility on January 18, 2019

“you've, you know, accused us of discriminating against you. And we would not treat any couple in the same situation”

- Dr. Osborn of Shady Grove Fertility to E.M. on January 21, 2019

The Patient Bill of Rights is “an exchange of some rights with some responsibilities” and “Shady Grove [is] promising to its patients that it’s going to comply with these rights,” at least “[t]o the best of [its] ability.”

- Dr. Gilbert Mottla of Shady Grove Fertility on July 31, 2019

| | |
|---|---|
| 01 | Clinical Questions |
| 02 | Legal Questions |
| 03 | Financial Questions |


Tuesday 1/15/19
Appointment at SGF
Call from SGF nurse
Wednesday 1/16/19
Attempt to call SGF financial counselor
Thursday 1/17/19
Call with SGF nurse
Call with SGF nurse coordinator
Friday 1/18/19
Call with SGF Doctor
Call with SGF nurse coordinator
Call with SGF Regional Manager
Monday 1/21/19
SGF dismisses EM

# PREPARING FOR IVF: EMOTIONAL CONSIDERATIONS

SHADY GROVE FERTILITY

Sharon N. Covington, MSW, LCSW-C
Director, Psychological Support Services

Infertility is an experience that strikes at the very core of one's life. Reproduction is considered the most basic of human needs, propelled by powerful biological and psychological drives. When the ability to reproduce is thwarted, a crisis ensues and impacts relationships with others, life goals, social roles, and sense of self. A host of emotions emerge in a somewhat predictable and repetitive process as one moves through medical diagnosis and treatment. Feelings of disbelief, anger, sadness, guilt, blame, anxiety and depression can be overwhelming and finding appropriate avenues to express these emotions is important.

For most people, IVF is not the first course of treatment for their infertility-it is the last, best option for having a child. It occurs after long months and sometimes years of treatment failure, often at tremendous emotional, physical and financial cost. Couples beginning IVF usually do so with the burden of grief and disappointment from infertility, and may feel depressed, angry, tired, and anxious. Although emotionally depleted, couples are attracted to a technology that offers hope where none may have existed. They find themselves drawn into new emotional turbulence of contrasting feelings of hope and despair, which seems to be generated in part by the experience of the technology itself.

The opportunities that IVF creates brings with it significant challenges. IVF is considered by patients to be the most stressful of all infertility treatments. Patients have rated the stress of undergoing IVF as more stressful than or almost as stressful as any other major life event, such as a death of a family member and separation and divorce. While general assumptions may be made about stress levels during IVF, the experience for infertility patients will be personal and unique-each patient will experience the stress differently based upon his or her own personality and life experiences.

The aspects of IVF that are perceived stressful to patients are multifaceted and affect all parts of their life: marital, social, physical, emotional, financial, and religious. Time is stressful, both in the time commitment to an intense treatment which leads to disruption in family, work, and social activities, and for some, in long waiting periods for treatment services. IVF stress impacts the marital relationship with an emotionally laden experience and, by removing the conjugal act of procreation, sexual intimacy is lost. Couples, also, are stretched financially paying for the high cost of IVF treatment with a relatively low probability of success. Dealing with the medical staff and with the side effects or potential complications of medical treatment has its own stress: hot flashes, headaches, mood fluctuations, shots, sonograms, future health concerns, and decision making about embryos and multiple pregnancies. Religious, social, and moral issues may also make IVF stressful, especially for those dealing with third party reproduction, when these values are in conflict with the choice of treatment.

The first treatment cycle has been found to be the most stressful for patients, with high levels of confusion, bewilderment, and anxiety. This may be due to inexperience with the process or possibly inadequate preparation of the patient by staff in terms of information and discussion of care. While experience seems to help the stress level in the next cycle, if it is unsuccessful the stress level rises again



SGF2262

Patients have rated the stress of undergoing IVF as more stressful than or almost as stressful as any other major life event, such as a death of a family member and separation and divorce.

## Glossary of Medical Terms

**IUI:** "intra-uterine insemination", a process in which a physician transfers a male's sperm into his partner's uterus in order to conceive within the woman herself.

**IVF:** "in vitro fertilization", a process in which a physician surgically retrieves eggs from a woman's ovaries, and an embryologist adds sperm to them in the laboratory, resulting in embryos to transfer to the uterus to achieve pregnancy.

**ET:** "Embryo transfer", where fertilized eggs from the laboratory are transferred to the uterus by a physician, usually under ultrasound guidance.

**US:** "Ultrasound" where sound waves are used to image different body parts; in IVF used to image the ovaries at egg retrieval and at ET to place embryos in the uterus.

**ICSI:** "Intra-cytoplasmic sperm injection", an IVF technique in which sperm are injected directly into an egg to increase the likelihood of fertilization and embryo development prior to ET.

**Assisted hatching:** an IVF lab technique in which a micro-surgical incision is made in the embryo to aid hatching in the woman following ET.

**Cryopreservation:** an IVF lab procedure in which sperm, eggs, or embryos are frozen to be used for future attempts at conception.