UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| E.M., | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No. 1:19-cv-00657 (RC) |
| SHADY GROVE REPRODUCTIVE SCIENCE CENTER P.C., | : | |
|     Defendant. | : | |

PLAINTIFF'S SUBMISSION OF CASE AUTHORITY CONCERNING TRANSCRIPTS

Plaintiff E.M., through undersigned counsel, respectfully submits for the Court's review the appended cases relating to the appropriate evidentiary use of transcripts of audio recordings. We submit that these authorities support the proposition that the jury should have access to the transcript of the E.M./J.S./Dr. Osborn transcript proffered in trial yesterday during the Plaintiff's testimony.

Respectfully submitted,

/s/ Barry Coburn

Barry Coburn (DC Bar No. 3580202)
Coburn & Eisenstein PLLC
1200 G Street, Northwest, 8th Floor
Washington, DC 20005
Phone: (202) 643-9472
Fax: (866) 561-9712

barry@coburngreenbaum.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2025, a copy of this submission will be filed using the Court's CM/ECF system and thereby served via email on all counsel of record.

/s/ Barry Coburn

_____

Barry Coburn