CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

E.M.

vs.

Shady Grove Reproductive Science Center, P.C.

Civil: 19-657 (RC)

## NOTE FROM JURY

We have a verdict

Date: 10/20/25

Time: 2:30 pm

[redacted] FOREPERSON