**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| E.M., | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 19-657 (RC) |
| | : | |
| v. | : | |
| | : | |
| SHADY GROVE REPRODUCTIVE SCIENCE CENTER P.C., | : | |
| | : | |
| Defendant. | : | |

**VERDICT FORM**

**COUNT I: D.C. HUMAN RIGHTS ACT**

(1) Do you find that E.M. has proven by a preponderance of the evidence each of the elements necessary to establish that Shady Grove subjected her to discrimination based on her source of income, in violation of the D.C. Human Rights Act?

Yes__________ No___X______

*Please proceed to Question 2.*

(2) Do you find that E.M. has proven by a preponderance of the evidence each of the elements necessary to establish that Shady Grove retaliated against her based on her engagement in protected activity, in violation of the D.C. Human Rights Act?

Yes__________ No___X______

*If you answered "yes" to any of the above questions for Count I, proceed to Question 3. If you answered "no" to all of the above questions, do not answer Question 3, but proceed to Count II (Question 4).*

**Compensatory Damages**

(3) What sum of money, if any, do you find would fairly and reasonably compensate E.M. for any damages she suffered as a result of Shady Grove's violation(s) of the D.C. Human Rights Act?

$____________________

*Please proceed to Count II (Question 4).*

## COUNT II: D.C. CONSUMER PROTECTION PROCEDURES ACT

(4) Do you find that E.M. has proven by clear and convincing evidence each of the elements necessary to establish that Shady Grove engaged in an unfair or deceptive practice by misrepresenting certain FDA regulations?

Yes__________ No___X___

*Please proceed to Question 5.*

(5) Do you find that E.M. has proven by clear and convincing evidence each of the elements necessary to establish that Shady Grove engaged in an unfair or deceptive practice by misrepresenting the Patient Bill of Rights?

Yes__________ No___X___

*Please proceed to Question 6.*

(6) Do you find that E.M. has proven by clear and convincing evidence each of the elements necessary to establish that Shady Grove engaged in an unfair or deceptive practice by harassing or threatening E.M.?

Yes__________ No___X___

*If you answered "yes" to <u>any</u> of the above questions for Count II, proceed to Question 7. If you answered "no" to <u>all</u> of the above questions, do not answer Question 7, but proceed to Count IV (Question 8).*

**<u>Compensatory Damages</u>**

(7) What sum of money, if any, do you find would fairly and reasonably compensate E.M. for any actual loss of money or property she suffered as a result of Shady Grove's violation(s) of the D.C. Consumer Protection Procedures Act?

$______________

*Please proceed to Count IV (Question 8).*

**COUNT IV: BREACH OF CONTRACT**

(8) Do you find that E.M. has proven by a preponderance of the evidence that the Patient Bill of Rights created a contract between E.M. and Shady Grove?

Yes__________ No____X____

*If you answered "yes" to Question 8, proceed to Question 9. If you answered "no" to Question 8, do not answer Questions 9 –17, but proceed to Count VII (Question 18).*

(9) Do you find that E.M. has proven by a preponderance of the evidence each of the elements necessary to establish that Shady Grove breached the Patient Bill of Rights?

Yes__________ No__________

*If you answered "yes" to Question 9, proceed to Question 10. If you answered "no" to Question 9, do not answer Questions 10–12, but proceed to Count V (Question 13).*

**<u>Compensatory Damages</u>**

(10) Do you find that E.M. has proven by a preponderance of the evidence that she suffered damages as a result of Shady Grove's breach of the Patient Bill of Rights?

Yes__________ No__________

*If you answered "yes" to Question 10, proceed to Question 11. If you answered "no" to Question 10, do not answer Question 11, but proceed to Question 12.*

(11) What sum of money, if any, do you find would place E.M. in the same economic position she would have been in if Shady Grove had not breached the Patient Bill of Rights?

$______________

*Please proceed to Count V (Question 13).*

**Nominal Damages**

(12) What amount of nominal damages, if any, do you award E.M. for Shady Grove's breach of the Patient Bill of Rights?

$______________________

*Please proceed to Count V (Question 13).*

**COUNT V: BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING**

(13) Do you find that E.M. has proven by a preponderance of the evidence that the Patient Bill of Rights created a contract between E.M. and Shady Grove?

Yes______________ No____X______

*You must provide the same answer to this question as you provided in Question 8. If you answered "yes" to Question 13, proceed to Question 14. If you answered "no" to Question 13, do not answer Questions 14 –17, but proceed to Count VII (Question 18).*

(14) Do you find that E.M. has proven by a preponderance of the evidence each of the elements necessary to establish that Shady Grove breached the covenant of good faith and fair dealing found in the Patient Bill of Rights?

Yes______________ No______________

*If you answered "yes" to Question 14, proceed to Question 15. If you answered "no" to Question 14, do not answer Questions 15 –21, but proceed to sign and date the last page of the Verdict Form.*

**<u>Compensatory Damages</u>**

(15) Do you find that E.M. has proven by a preponderance of the evidence that she suffered damages as a result of Shady Grove's breach of covenant of good faith and fair dealing?

Yes______________ No______________

*If you answered "yes" to Question 15, proceed to Question 16. If you answered "no" to Question 15, do not answer Question 16, but proceed to Question 17.*

(16) What sum of money, if any, do you find would place E.M. in the same economic position she would have been in if Shady Grove had not breached the covenant of good faith and fair dealing?

$____________________

*Please sign and date the last page of the Verdict Form.*

**Nominal Damages**

(17) What amount of nominal damages, if any, do you award E.M. for Shady Grove's breach of covenant of good faith and fair dealing?

$______________________

*Please sign and date the last page of the Verdict Form.*

**COUNT VII: PROMISSORY ESTOPPEL**

(18) Do you find that E.M. has proven by a preponderance of the evidence each of the elements necessary to establish that Shady Grove is liable to E.M. under a theory of promissory estoppel?

Yes______________ No____X____

*If you answered "yes" to Question 18, proceed to Question 19. If you answered "no" to Question 18, do not answer Questions 19 –21, but proceed to sign and date the last page of the Verdict Form.*

**Compensatory Damages**

(19) Do you find that E.M. has proven by a preponderance of the evidence that she suffered damages as a result of her detrimental reliance upon Shady Grove's promise?

Yes______________ No______________

*If you answered "yes" to Question 19, proceed to Question 20. If you answered "no" to Question 19, do not answer Question 20, but proceed to Question 21.*

(20) What sum of money, if any, do you find would place E.M. in the same economic position she would have been in if she had not detrimentally relied upon Shady Grove's promise?

$____________________

*Please sign and date the last page of the Verdict Form.*

**Nominal Damages**

(21) What amount of nominal damages, if any, do you award E.M. on her promissory estoppel claim?

$____________________

*Please sign and date the last page of the Verdict Form.*

Dated this 20 day of October, 2025

[redacted]

FOREPERSON