Civil Judgment (Rev. DC 03/10)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

E.M.

Plaintiff(s)

v.                                          Civil Action No.   19-657 (RC)

Shady Grove Reproductive Science Center
P.C.

Defendant(s)

# JUDGMENT ON THE VERDICT
## FOR DEFENDANT

This  cause having been tried by the  Court and a  Jury, before the Honorable

Rudolph Contreras                     , Judge presiding, and the issues having been duly

tried and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

E.M.

take nothing on the complaint against the defendant(s):

Shady Grove Reproductive Science Center P.C.

and that the said defendant(s) have and recover costs from the said plaintiff(s).


ANGELA D. CAESAR, Clerk


Dated:  10/20/25                          By: _____
                                                   Tanya Johnson
                                                   Deputy Clerk