**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| E.M., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: 19-657 (RC) |
| v. | : | |
| | : | Re Document No.: 170 |
| SHADY GROVE REPRODUCTIVE | : | |
| SCIENCE CENTER P.C., | : | |
| | : | |
| Defendant. | : | |

# ORDER

## DENYING PLAINTIFF'S MOTION FOR A NEW TRIAL

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiff's motion for a new trial (ECF No. 170) is **DENIED**.

**SO ORDERED**.

Dated: September 2, 2026

RUDOLPH CONTRERAS
United States District Judge